UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
v.                          ) No. **4-13CR0266SNLJ**
                            )
SHON SCOTT, a/k/a JERRELL MARTIN,  )
                            )
        Defendant.          )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about December 21, 2012, and continuing to on or about March 27, 2013, in the City of St. Louis and elsewhere within the Eastern District of Missouri,

**SHON SCOTT, a/k/a JERRELL MARTIN,**

the Defendant herein, having been previously convicted of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about December 19, 2012, in the City of St. Louis, within the Eastern District of Missouri,

**SHON SCOTT, a/k/a JERRELL MARTIN**

the Defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury further charges that:

On or about January 3, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**SHON SCOTT, a/k/a JERRELL MARTIN**

the Defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

Beginning on or about March 7, 2013, and continuing to on or about March 27, 2013, in the City of St. Louis and elsewhere within the Eastern District of Missouri,

**SHON SCOTT, a/k/a JERRELL MARTIN**

the Defendant herein, did knowingly and intentionally distribute a quantity of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney